# EXHIBIT CC

# (Invoices and bills relating to maintenance and use of the Atlanta Property)

# (*Filed Under Seal*)