# INDEX OF EXHIBITS

| **Exhibit** | **Description** |
|---|---|
| 1 | Deposition of Edward Taylor (excerpts), *The Southern New England Telephone Company v. Global NAPs, Inc., et al.,* United States District Court for the District of Conn., Civil Action No. 3:04-CV-2075 (JCH), dated Nov. 13, 2007 **(*FILED UNDER SEAL*)** |
| 2 | Opinion of Value, 1003 Donnelly Avenue, Atlanta (SNET-GA00084-92) |
| 3 | Amended Notice of 30(b)(6) Deposition of Global NAPs Realty, Inc., *The Southern New England Telephone Company v. Global NAPs, Inc., et al.*, United States District Court for the Northern District of Georgia, Civil Action No. 1:08-CV-03816-CC |
| 4 | Deposition of Frank T. Gangi (excerpts), *The Ohio Bell Telephone Company, Inc. v. Global NAPs Ohio, Inc., et al.*, United States District Court for the Southern District of Ohio, Case No. 2:06-cv-549, dated October 9, 2009 **(*FILED UNDER SEAL*)** |
| 5 | Deposition of Frank T. Gangi (excerpts), *The Southern New England Telephone Company v. Global NAPs, Inc., et al.*, United States District Court for the Northern District of Georgia, Civil Action No. 1:08-CV-03816-CC, dated Feb. 25, 2010 |